WRIGHT, J., dissents.

RESNICK, J., not participating.

**93–808.** Horner v. Toledo Hosp. *Lucas County,* No. L–91–417. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

WRIGHT, J., dissents because the motion is out of rule.

**93–1329.** Dellenbach v. Robinson. *Franklin County,* No. 92AP–884. On motion for leave to file *amicus* of Ohio State Medical Association et al. Motion granted.

**93–1588.** Schulte v. Schulte. *Wood County,* No. 91WD075. On motion for leave to file cross-appeal instanter. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

On motion to dismiss cross-appeal. Motion denied.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–1882.** McCoy v. Western Reserve Mut. Lightning Rod Mut. Ins. Co. *Montgomery County,* No. 13808. On motion to consolidate with 93–1474, *Sabo v. Mico Ins. Co.,* Summit County, No. 15875, and 93–1666, *Nationwide Mut. Ins. Co. v. Jones,* Cuyahoga County, No. 62779. Motion granted.

WRIGHT, J., dissents.

**93–1947.** State v. Corethers. *Cuyahoga County,* No. 63533. On motions for leave to file memorandum in support of cross-appeal instanter, for delayed appeal, and for leave to file motion to appoint attorney instanter. Motions granted.

MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–2012.** State ex rel. Beacon Journal Publishing Co. v. Akron. *Summit County,* No. 15872. On motions for leave to file *amicus* of Public Citizen and Computer Professionals for Social Responsibility, and for leave to proceed *pro hac vice.* Motions granted.

WRIGHT, J., not participating.

**93–2057.** State ex rel. AFL–CIO v. Voinovich. In Mandamus and Prohibition. On motion to amend case caption by interlineating the name of Don D. Kenney as a relator. Motion granted.

**93–2356.** Becker v. Becker. *Clermont County,* No. 93CA–004–024. On motion for leave to file notice of appeal instanter. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–2360.** State ex rel. Taylor v. Indus. Comm. *Franklin County,* No. 92AP–994. On motion for leave to file notice of appeal instanter. Motion granted.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.

**93–2384.** Ruscilli v. Ruscilli. *Franklin County,* No. 93AP–615. On motion for leave to file memorandum in support instanter. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–2393.** State v. Schilling. *Delaware County,* No. 88–CA–38. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**93–2396.** Boros v. O'Konski. *Lucas County,* Nos. L–92–358 and L–92–322. On motion for leave to file memorandum in support instanter. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–2412.** Boros v. O'Konski. *Lucas County,* Nos. L–92–358 and L–92–322. On motion to consolidate with 93–2396, *supra.* Motion granted.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.

**93–2451.** State v. Thomas. *Cuyahoga County,* No. 29954. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.